UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GARY C. ZEITZ, L.L.C.
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
LINDA S. FOSSI, ESQUIRE (LF 1720)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
Attorneys for Creditor,
SB MUNI CUST LB-HONEY BADGER, LLC

In Re:

Douglas R. Butler

Case No.: 17-23768/JNP

Adv. No.: 

Chapter: 13

Hearing Date: June 12, 2018

Judge: Jerrold N. Poslusny, J.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Linda S. Fossi__,
   - ☐ am the attorney for: __SB Muni Cust LB-Honey Badger, LLC__
   - ☐ am self-represented

   Phone number: __(856) 857-1226__

   Email address: __lfossi@zeitzlawfirm.com__

2. I request an adjournment of the following hearing:

   Matter: __Motion for Relief from Automatic Stay__

   Current hearing date and time: __June 12, 2018 @10:00 am__

   New date requested: __June 26, 2018 @ 10:00 am__

   Reason for adjournment request: __We are waiting for tax collector to notify us that the lien__

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: June 11, 2018                          /s/ Linda S. Fossi
                                             Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 6/26/2018 at 10 am            ☒ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*