Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–23768–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   DOUGLAS R. BUTLER
   1920 Frontage Road
   Cherry Hill, NJ 08003

Social Security No.:
   xxx–xx–5562

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              March 20, 2020
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*35* – Objection to (related document:34 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 02/27/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Mitchell L Chambers Jr. on behalf of DOUGLAS R. BUTLER. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Chambers, Mitchell)

and transact such other business as may properly come before the meeting.

Dated: February 20, 2020
JAN: jpl

                                                            Jeanne Naughton
                                                            Clerk