Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  17−23768−JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   DOUGLAS R. BUTLER
   1920 Frontage Road
   Cherry Hill, NJ 08003

Social Security No.:
   xxx−xx−5562

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                March 20, 2020
Time:                10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*35* – Objection to (related document:34 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 02/27/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Mitchell L Chambers Jr. on behalf of DOUGLAS R. BUTLER. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Chambers, Mitchell)

and transact such other business as may properly come before the meeting.

Dated: February 20, 2020
JAN: jpl

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
DOUGLAS R. BUTLER  
    Debtor

Case No. 17-23768-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 | Date Rcvd: Feb 20, 2020 |
| | Form ID: 173 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.
db         +DOUGLAS R. BUTLER,   1920 Frontage Road,   Cherry Hill, NJ 08034-2218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   CITBank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Linda S. Fossi   on behalf of Creditor   SB Muni Cust LB-Honey Badger, LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
        Mitchell L Chambers, Jr.   on behalf of Debtor DOUGLAS R. BUTLER ecfbc@comcast.net
        Rebecca Ann Solarz   on behalf of Creditor   CITBank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 7