UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF MITCHELL LEE CHAMBERS
602 LITTLE GLOUCESTER ROAD
SUITE 5
BLACKWOOD, NJ 08012

Order Filed on September 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
DOUGLAS BUTLER

Case No.: 17-23768

Hearing Date:

Judge: JNP

ORDER GRANTING SUPPLEMENTAL
CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: September 3, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Mitchell Lee Chambers, Esq., the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance is payable:

    X  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $14,808.00 paid to date then $302.00 per month for twenty-three (23) more months to allow for payment of the above fee.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:                                    :        Chapter 13
    DOUGLAS BUTLER            :
                  Debtor(s)    :        Bankruptcy No.  17-23768 JNP

**CERTIFICATION OF SERVICE**

    I, Mitchell Lee Chambers, Esquire, counsel for Debtor(s), do hereby certify that, on the date hereof, I caused to be served, by fax or first class United States mail, postage prepaid, a true and correct copy of the Certification of Debtor's counsel supporting supplemental Chapter 13 Fee, upon the Standing Trustee and the Debtor, at the following fax numbers or addresses:

VIA ECF                                   VIA EMAIL
Isabel Balboa                             DOUGLAS BUTLER
Standing Chapter 13 Trustee               1920 FRONTAGE ROAD
535 Route 38                              APARTMENT 1510
Suite 580                                 CHERRY HILL, NJ 08034
Cherry Hill, NJ 08002


Dated: MARCH 10, 2020                     Respectfully submitted,

                                                             /s/ Mitchell Lee Chambers, Esq.
                                                             Mitchell Lee Chambers, Esq.

United States Bankruptcy Court
District of New Jersey

In re:  
DOUGLAS R. BUTLER  
      Debtor

Case No. 17-23768-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Sep 03, 2020  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2020.  
db            +DOUGLAS R. BUTLER,   1920 Frontage Road,   Cherry Hill, NJ 08034-2218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2020 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    CITBank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Linda S. Fossi    on behalf of Creditor    SB Muni Cust LB-Honey Badger, LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
        Mitchell L Chambers, Jr.    on behalf of Debtor DOUGLAS R. BUTLER ecfbc@comcast.net  
        Rebecca Ann Solarz    on behalf of Creditor    CITBank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 7