Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−23768−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   DOUGLAS R. BUTLER
   1920 Frontage Road
   Cherry Hill, NJ 08003

Social Security No.:
   xxx−xx−5562

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/23/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 23, 2021
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
DOUGLAS R. BUTLER  
    Debtor

Case No. 17-23768-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jun 23, 2021      Form ID: 148      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DOUGLAS R. BUTLER, 1920 Frontage Road, Cherry Hill, NJ 08034-2218 |
| 516981213 | + | CIT Bank, N.A., P.O. Box 9013, Addison, Texas 75001-9013 |
| 516923676 | + | Cit Bank Na, 6900 Beatrice Fsb, Kalamazoo, MI 49009-9559 |
| 516923678 | + | DITECH FINANCIAL, LLC, 332 MINNESOTA STREET, SUITE 610, Saint Paul, MN 55101-1314 |
| 518824628 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518824629 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 516923682 | + | PLUESE, BECKER, & SALTZMAN, LLC, 20000 HORIZON WAY, SUITE 900, Mount Laurel, NJ 08054-4318 |
| 517535405 | + | SB MUNI CUST LB-HONEY BADGER, LLC, Linda S. Fossi, Esquire, GARY C. ZEITZ, L.L.C., 1101 Laurel Oak Road, Suite 170, Voorhees, New Jersey 08043-4381 |
| 516923683 | + | SBA, 900 MARKET STREET, FLOOR 5, Philadelphia, PA 19107-4214 |
| 516923684 | + | State of New Jersey, Division of Taxation, Revenue Processing Center, P.O. Box 111, Trenton, NJ 08645-0111 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: lrichard@bayatlanticfcu.org | Jun 23 2021 20:37:00 | Bay Atlantic FCU, 101 W Elmer Rd, Vineland, NJ 08360-6312 |
| 516923675 | | EDI: BANKAMER.COM | Jun 24 2021 00:28:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 516923680 | | EDI: CITICORP.COM | Jun 24 2021 00:28:00 | Mcydsnb, Po Box 8218, Mason, OH 45040 |
| 516923679 | | EDI: IRS.COM | Jun 24 2021 00:28:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 516923681 | + | EDI: NFCU.COM | Jun 24 2021 00:28:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 516988883 | + | EDI: NFCU.COM | Jun 24 2021 00:28:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 516923685 | + | EDI: WFFC.COM | Jun 24 2021 00:28:00 | WELLS FARGO DEALER SERVICES, P.O. BOX 1697, Winterville, NC 28590-1697 |
| 516997120 | | EDI: WFFC.COM | Jun 24 2021 00:28:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 10

Case 17-23768-JNP    Doc 53    Filed 06/25/21    Entered 06/26/21 00:17:06    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 23, 2021 | Form ID: 148 | Total Noticed: 20 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516923677 | *+ | CIT BANK, NA., 6900 BEATRICE FSB, Kalamazoo, MI 49009-9559 |
| 516943775 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517095105 | ##+ | Ditech Financial LLC, 2100 East Elliot Road, Bldg. 94, Recovery Dept. T-120, Tempe, AZ 85284-1806 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CITBank N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Linda S. Fossi | on behalf of Creditor SB Muni Cust LB-Honey Badger LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor DOUGLAS R. BUTLER ecfbc@comcast.net |
| Rebecca Ann Solarz | on behalf of Creditor CITBank N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7