**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | DOUGLAS R. BUTLER <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5562 <br> EIN    __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____ <br> EIN    __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–23768–JNP | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   DOUGLAS R. BUTLER

12/19/22                                                     **By the court:** Jerrold N. Poslusny Jr.
                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                       Case No. 17-23768-JNP
DOUGLAS R. BUTLER                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                                        User: admin                                                       Page 1 of 2
Date Rcvd: Dec 19, 2022                                        Form ID: 3180W                                     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DOUGLAS R. BUTLER, 1920 Frontage Road, Cherry Hill, NJ 08034-2218 |
| 516981213 | + | CIT Bank, N.A., P.O. Box 9013, Addison, Texas 75001-9013 |
| 516923676 | + | Cit Bank Na, 6900 Beatrice Fsb, Kalamazoo, MI 49009-9559 |
| 516923678 | + | DITECH FINANCIAL, LLC, 332 MINNESOTA STREET, SUITE 610, Saint Paul, MN 55101-1314 |
| 516923682 | + | PLUESE, BECKER, & SALTZMAN, LLC, 20000 HORIZON WAY, SUITE 900, Mount Laurel, NJ 08054-4318 |
| 517535405 | + | SB MUNI CUST LB-HONEY BADGER, LLC, Linda S. Fossi, Esquire, GARY C. ZEITZ, L.L.C., 1101 Laurel Oak Road, Suite 170, Voorhees, New Jersey 08043-4381 |
| 516923683 | + | SBA, 900 MARKET STREET, FLOOR 5, Philadelphia, PA 19107-4214 |
| 516923684 | + | State of New Jersey, Division of Taxation, Revenue Processing Center, P.O. Box 111, Trenton, NJ 08645-0111 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 19 2022 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 19 2022 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: lrichard@bayatlanticfcu.org | Dec 19 2022 20:51:00 | Bay Atlantic FCU, 101 W Elmer Rd, Vineland, NJ 08360-6312 |
| 516923675 | + | EDI: BANKAMER.COM | Dec 20 2022 01:49:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 516923680 | + | EDI: CITICORP.COM | Dec 20 2022 01:49:00 | Mcydsnb, Po Box 8218, Mason, OH 45040 |
| 517095105 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 19 2022 20:51:00 | Ditech Financial LLC, 2100 East Elliot Road, Bldg. 94, Recovery Dept. T-120, Tempe, AZ 85284-1806 |
| 516923679 | | EDI: IRS.COM | Dec 20 2022 01:49:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 516923681 | + | EDI: NFCU.COM | Dec 20 2022 01:49:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 516988883 | + | EDI: NFCU.COM | Dec 20 2022 01:49:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 518824628 | | Email/Text: mtgbk@shellpointmtg.com | Dec 19 2022 20:51:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518824629 | | Email/Text: mtgbk@shellpointmtg.com | Dec 19 2022 20:51:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 516923685 | + | EDI: WFFC2 | Dec 20 2022 01:49:00 | WELLS FARGO DEALER SERVICES, P.O. |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 19, 2022 | Form ID: 3180W | Total Noticed: 21 |

| | | | |
|---|---|---|---|
| 516997120 | EDI: WFFC2 Dec 20 2022 01:49:00 | | BOX 1697, Winterville, NC 28590-1697 Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516923677 | *+ | CIT BANK, NA., 6900 BEATRICE FSB, Kalamazoo, MI 49009-9559 |
| 516943775 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CITBank N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Linda S. Fossi | on behalf of Creditor SB Muni Cust LB-Honey Badger LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor DOUGLAS R. BUTLER ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6